470 A.2d 1047

Schafer, et al. v. Schafer, Appellant.
Petition for Allowance of Appeal
Denied May 29, 1984.

Submitted October 14, 1983.  James Gregory Moore, for appellant;

Daniel J. Kuhn, for appellee; and John P. Eppinger, for participating parties.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the lower court dismissing appellant's exceptions and confirming the sale is affirmed.